IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 18-cv-00303-PAB-SKC

DELMART E.J.M. VREELAND, II,

    Plaintiff,

v.

ROBERT CHARLES HUSS,

    Defendant.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge S. Kato Crews filed on October 5, 2020 [Docket No. 156]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties.[1] *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on October 5, 2020. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's

---

[1] Plaintiff was given two extensions to file his objection to the recommendation. Docket Nos. 165 and 167. Plaintiff's objection to the recommendation was due on January 18, 2021.

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[2] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge S. Kato Crews [Docket No. 156] is **ACCEPTED**;

2. Defendant's Emergency Motion for Hearing and Fed. R. Civ. P. Rule 65 Injunction [Docket No. 149] is **DENIED AS MOOT**.

DATED January 27, 2021.

                                           BY THE COURT:

                                           PHILIP A. BRIMMER
                                           Chief United States District Judge

---

[2] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).